06-CV-00462-APP

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RICHARD ROY SCOTT, <br><br> Petitioner, <br><br> v. <br><br> STATE OF WASHINGTON, <br><br> Respondent. | CASE NO.   C06-462-JCC-MJB <br><br> ORDER DISMISSING FEDERAL HABEAS PETITION |

The Court, having reviewed petitioner's petition for writ of habeas corpus, the Report and Recommendation of the Honorable Monica J. Benton, United States Magistrate Judge, and the balance of the record, does hereby find and Order:

(1) The Court adopts the Report and Recommendation.

(2) Petitioner's petition, and this action, are DISMISSED, without prejudice, for lack of jurisdiction.

(3) The Clerk is directed to send copies of this Order to petitioner and to Judge Benton.

DATED this 3 day of Jan, 2007.

JOHN C. COUGHENOUR
United States District Judge

ORDER DISMISSING FEDERAL
HABEAS PETITION